## (April 13, 1972)

■ LESLIE RIFKIND, Appellant, v. KENNETH RIFKIND, Respondent.— Motion by appellant to stay order of the Supreme Court, Queens County, dated March 20, 1972, which referred to a Special Referee, to *hear* and

■

*report,* plaintiff's motion for reconsideration of the portion of a judgment pertaining to the support of plaintiff and the issue of the parties' marriage, the stay to operate pending appeal from said order. Motion denied; and, on the court's own motion, appeal dismissed, without costs. The order sought to be reviewed is not appealable (see *Manufacturers Trust Co.* v. *Madgo Realty Corp.,* 256 App. Div. 954). Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.